STATE OF NEW JERSEY v. JOHN LEE COOPER.

April 3, 1979. Petition for certification granted. (See 165 *N.J.Super.* 57)

STATE OF NEW JERSEY v. LEXINGTON PAGE.

April 4, 1979. Petition for certification is dismissed as having been improvidently granted. (See 78 *N.J.* 416)

STATE OF NEW JERSEY v. CHARLES ORTIZ.

April 10, 1979. ORDERED that the motion for leave to appeal is granted; the judgment of the Appellate Division is summarily reversed, and the judgment of the Superior Court, Law Division, Monmouth County is reinstated. (See 165 *N.J.Super.* 190)

DAVE NICHOLSON v. RAYMOND L. SPANGENBERG.

April 10, 1979. DP1Petition for certification denied. (See 163 *N.J.Super.* 128)

OTIS HENRY v. RAHWAY STATE PRISON.

April 10, 1979. Petition for certification granted.